
Filed

1  Ronald Henry
   c/o: 3251 Linden Street
2  Oakland, California [94607]
3  510.253.3100
   ronaldehenry@msn.com
4  pro se

5

6

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11  Ronald Henry,                    No. C 11-03255 JSC

12          Plaintiff,                URGENT REQUEST FOR EXTENSION OF
    v.                                TIME TO FILE AMENDED COMPLAINT
13
    STATE OF ALASKA DEPARTMENT OF
14  HEALTH AND HUMAN SERVICES, et al

15
            Defendants
16

17  To the Court:

18      Due to the issues raised by the Court and in light of a visit to the Department of Child

19  Support Services (Contra Costa County) on August 04, 2011, Plaintiff requests expedited

20  consideration for a 30-day extension of time in order to adequately preserve the causes of action

21  alleged in the complaint.

22      As good cause for the request, Plaintiff contends that there may be an administrative

23  option to consider (see attached, denial of driver license release) before proceeding with the

24  federal complaint. Furthermore, the cause of action alleged against the DCSS will be more

25  adequately supported once the administrative process has concluded.

26
                                        _____
27  Dated: 8/17/2011                    Ronald Henry, pro se

28  [GRANTED stamp, Judge Jacqueline Scott Corley]
                                        Date: August 13, 2011

                                        Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF ALASKA DEPARTMENT OF REVENUE CHILD SUPPORT SERVICES DIVISION et al,<br><br>      Defendant.<br>_____/ | Case Number: CV11-03255 JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2011, I SERVED a true and correct copy(ies) of the attached ORDER, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Henry
c/o 3251 Linden Street
Oakland, CA 94607

Dated: August 17, 2011

                                          Richard W. Wieking, Clerk

                                          */s/ Ada Means*

                                          By: Ada Means, Deputy Clerk