UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>             Plaintiff,<br>  v.<br><br>STATE OF ALASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>             Defendants.<br>_____/ | No. C 11-3255 JSC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

     Plaintiff, proceeding pro se, requests a 30-day extension of time to file an amended complaint. The Court previously granted Plaintiff a 30-day extension on August 17, 2011. (Dkt. No. 10.) Plaintiff now states that "a pending administrative option to address a cause of action" with the State of California Department of Child Support Services "has not yet been calendared" and requests a second time extension to file his amended complaint. (Dkt. No. 13). Plaintiff's request is GRANTED; however, as Plaintiff chose to file this suit, no further requests for time extensions will be considered. If Plaintiff does not wish to proceed with this federal lawsuit in light of his pursuit of other remedies he may dismiss this lawsuit without prejudice.

Accordingly, Plaintiff shall file his amended complaint and any supporting legal memorandum on or before October 19, 2011 or this suit will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 19, 2011

                                          JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE