United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF ALASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Case No.: C 11-03255 JSC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE (Dkt. No. 29)** |

Now before this Court is Plaintiff's ex parte motion to reschedule the case management conference currently set for February 2, 2012 at 1:30 p.m. and to amend the briefing schedule for his pending motions. Plaintiff, proceeding pro se, asserts that "there has been some mismanagement of the plaintiff's moving papers to be served on other parties to this action," and Plaintiff therefore "requests leave of court to re-serve the papers in question and that the Court amend its 'due by' dates accordingly." (Dkt. No. 29.)

The Court declines to amend the case management conference date. Both Plaintiff and the State of California should appear on February 2, 2012 at 1:30 prepared to update the Court on the status of this case, including current information on the case involving Plaintiff in California state court as well as the underlying Alaska state court case that was transferred to

California. At the case management conference the Court will discuss Plaintiff's pending motions.

**IT IS SO ORDERED.**

Dated: January 24, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE