IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALASKA DEPARTMENT OF REVENUE CHILD SUPPORT SERVICES DIVISION, et al.,<br><br>    Defendants. | Case No.: 11-3255 (JSC)<br><br>**ORDER RE: PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND ORDER TO SHOW CAUSE (Dkt. No. 44)** |

    Now pending before the Court are Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 39) and the Court's Order for Plaintiff to Show Cause (Dkt. No. 38). Plaintiff's response was due on April 20, 2012. In light of the Court's denial of Plaintiff's Motion to Stay Case (Dkt. No. 42), Plaintiff was granted an additional week to file this response. (Dkt. No. 44.) As of the time of this Order, no response has been filed. A hearing on both matters will proceed on May 3, 2012. Plaintiff is ordered to file his response, if any, forthwith.

**IT IS SO ORDERED.**

Dated: May 1, 2012

                                                     _____
                                                     JACQUELINE SCOTT CORLEY
                                                     UNITED STATES MAGISTRATE JUDGE