IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF ALASKA DEPARTMENT OF REVENUE CHILD SUPPORT SERVICES DIVISION, et al.,<br><br>　　　　Defendants. | Case No.: 11-3255 (JSC)<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR DISMISSAL (Dkt. No. 48)** |

The Court is in receipt of a communication from Plaintiff dated May 2, 2012 that states Plaintiff will not appear at the May 3, 2012 hearing and requests dismissal of this action. (Dkt. No. 48.) Plaintiff notes that due to a state court case resolved in Plaintiff's favor on April 23, 2012, "the action Plaintiff has brought in this court can no longer proceed as the underlying causes of action alleged by Plaintiff are now moot by the vacation of those state court orders." (Dkt. No. 48 at 3.) Due to the late hour of Plaintiff's notice, Defendant appeared at the May 3, 2012 hearing without knowledge of this state court case that, according to Plaintiff, "ordered the release of Plaintiff's commercial driver license" and rendered this federal action moot. (Dkt. No. 48 at 2.) Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No.

39) is under submission, and Defendant should file its response to Plaintiff's communication on or before May 17, 2012.

**IT IS SO ORDERED.**

Dated: May 3, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE