UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HENRY,<br><br>             Plaintiff,<br><br>     v.<br><br>CONTRA COSTA DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>             Defendant. | Case No. 23-cv-04552-SI<br><br>Also Filed in 11-cv-3255-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Henry v. State of Alaska Department of Revenue Child Support Services Division et al.*, Case No. 11-cv-3255-JSC.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
SUSAN ILLSTON
United States District Judge